UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTINA JERNAGIN, *et al.*,

                Plaintiff,

v.

OAKLAND, COUNTY OF, *et. al.*,

                Defendant.

_____/

Case No: 25-cv-11272
Hon. F. Kay Behm
U.S. District Judge

**ORDER STRIKING PLAINTIFF'S AMENDED COMPLAINT AND
DENYING APPLICATION TO PROCEED WITHOUT
<u>PREPAYING FEES AND COSTS</u>**

Federal Rule of Civil Procedure 5.2(a)(3) requires litigants to

protect the identity of minors by, at minimum, using only the minor in

question's initials when filing their pleadings.  Plaintiff filed this action

on May 1, 2025, listing the names of minor children in her complaint.

Since then, she has filed multiple amended complaints.

The court will not review the 600-plus pages of the second

"amended complaint" submitted by Plaintiff to find every instance of

this occurrence, but it is clear at a cursory review that there are

multiple instances of using minors' full names.  The court therefore

**STRIKES** the entire pleading (ECF No. 10) for failure to comply with

1

Rule 5.2(a)(3), and Plaintiff shall have until **June 20, 2025**, to file a third amended complaint which complies with Rule 5.2(a)(3) (for example, by using only initials and/or redacting uses of the minors' names).  Failure to submit an amended pleading complying with Rule 5.2(a)(3) by that date will result in dismissal of this case without prejudice for failure to prosecute.  *See Johnson v. Fennville*, No. 1:21-cv-202, 2021 U.S. Dist. LEXIS 232181, at *1-2 (W.D. Mich. May 4, 2021) (placing complaint under seal and ordering plaintiffs to file a redacted complaint complying with Rule 5.2(a)(3)).  Any subsequent pleadings filed by Plaintiff which fail to comply with this notice will be stricken by the court without further order of the court.

The court also **STRIKES** Plaintiff's original complaint (ECF No. 1) and first amended complaint (ECF No. 5) for the reasons above.

Plaintiff's application to proceed without prepaying fees and costs is **DENIED** as moot; Plaintiff paid the filing fee, so does not require waiver of that fee.  *See* docket entry between ECF Nos. 5, 6.

**SO ORDERED**.

Date: May 19, 2025                    s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge