UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTINA JERNAGIN, *et al.*,

        Plaintiff,

v.

OAKLAND, COUNTY OF, *et. al.*,

        Defendant.
_____/

Case No: 25-cv-11272
Hon. F. Kay Behm
U.S. District Judge

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY AND FAILURE TO PROSECUTE

On July 1, 2025, this court entered an order dismissing Plaintiff's existing complaint and giving Plaintiff until July 22, 2025, to submit an amended complaint. ECF No. 15.

No amended complaint has been received, and lacking any operative pleading, this case is dismissed without prejudice for failure to comply and failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**.

Date: July 30, 2025        s/F. Kay Behm
                                      F. Kay Behm
                                      United States District Judge