UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINTINA JERNAGIN, *et al.*,         Case No. 25-cv-11272

    Plaintiff,                           F. Kay Behm
v.                                         United States District Judge

OAKLAND, COUNTY OF, *et. al.*,

    Defendant.
_____ /

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's order dismissing this case, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Date: July 30, 2025                       s/ F. Kay Behm
                                                       F. Kay Behm
                                                       United States District Judge